TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00709-CV

Lonnie McDonald, Appellant

v.

Van Pearcy, Appellee

FROM THE DISTRICT COURT OF MCCULLOCH COUNTY, 198TH JUDICIAL DISTRICT

NO. 2000-002, HONORABLE EMIL CARL PROHL, JUDGE PRESIDING

PER CURIAM

 In our order of February 6, 2001, this Court abated this appeal for forty-five days
to allow appellant to secure an order a final, appealable judgment. We left pending appellee's
motion to dismiss. McDonald v. Pearcy, No. 3-00-709-CV (Tex. App.-Austin February 6, 2001)
(not designated for publication). We have not received such an order and the period of abatement
has passed. Accordingly, we have reinstated the cause and the motion to dismiss and grant the
motion to dismiss.

Before Justices Kidd, B. A. Smith and Puryear

Dismissed on Appellee's Motion

Filed: April 19, 2001

Do Not Publish